IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12MJ3042 |
| | ) | 2:11CR2236 (NM) |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| NICHOLAS SCOTT WALTERS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant appeared before me for a Rule 5 hearing on a Petition filed by the District of New Mexico which alleged the defendant violated the terms of his pretrial release. Counsel was appointed for the defendant, and the defendant admitted his identity. In light of the allegations raised in the Petition, the defendant asked to begin his sentence immediately.

After conferring with J. Frederick Motz, Senior United States District Judge for the District of Maryland, who sentenced the defendant as a visiting judge in New Mexico, and with Judge Motz' approval,

IT IS ORDERED:

1) The defendant's opportunity for self-surrender to begin his sentence is revoked.

2) The Marshal shall promptly transfer the defendant to the custody of the Bureau of Prisons to commence service of his sentence.

DATED this 17th day of May, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge